UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Ed Nestaly Tellez Huete,

Petitioner,

v.

NAME,

Defendant.

No. 6:26-CV-103-CRW

**ORDER DISMISSING HABEAS PETITION**

On September 14, 2026, Petitioner Ed Nestaly Tellez Huete moved to voluntarily dismiss his petition without prejudice. Dkt. No. 8. The Court finds this motion may be construed as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), because Respondents have not filed an answer or motion for summary judgment. In such case, this unilateral dismissal requires no judicial action and is effective automatically upon filing. *See Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court finds the Motion (Dkt. No. 9) should be **GRANTED**. Petitioner's action is therefore **DISMISSED WITHOUT PREJUDICE**. Accordingly, as nothing remains to resolve, this case is now **CLOSED**. Therefore, the Clerk's Office is directed to **CLOSE** this case.

Signed on November 16, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE